# Exhibit A

CERTIFIED MAIL  9589 0710 5270 1178 0718 37          AFFIDAVIT OF INABILITY

Case Number: 2025CI19075

YAMIL KADIR SANTIAGO TORRES VS Collectors Universe, Inc.
(Note: Attached Document May Contain Additional Litigants.)

IN THE 166th District Court
BEXAR COUNTY, TEXAS

## CITATION

**"THE STATE OF TEXAS"**

**DIRECTED TO:** Collectors Universe, Inc. d/b/a Professional Sports Authenticator
1610 E Saint Andrew Pl
Santa Ana CA  92705-4931

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION** was filed **on this the 14th day of August, 2025.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **20TH DAY OF AUGUST, 2025.**

**YAMIL KADIR SANTIAGO TORRES**
PRO-SE
1107 AUSTIN HWY UNIT 91005
SAN ANTONIO TX  78209



Gloria A. Martinez
**Bexar County District Clerk**
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ *Patrick Gordon*
Patrick Gordon, Deputy

---

YAMIL KADIR SANTIAGO TORRES VS
Collectors Universe, Inc.

**Officer's Return**

Case Number: 2025CI19075

Court: 166th District Court

Came to hand on the 20th day of August, 2025, at  10:30 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the  _____ day of _____, 20_____, by delivering to: _____ at 1610 E Saint Andrew Pl, Santa Ana CA  92705-4931 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with  ORIGINAL PETITION.
Cause of failure to execute this is _____.



Gloria A. Martinez
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: /s/ *Patrick Gordon*
Patrick Gordon, Deputy

X XX

AFFIDAVIT
OF INABILITY

IN THE DISTRICT COURT OF
BEXAR COUNTY, TEXAS



| | | |
|---|---|---|
| YAMIL KADIR SANTIAGO TORRES, | § | 2025CI19075 |
| Plaintiff, | § | Judge: 166th. District Court |
| | § | |
| V. | § | |
| | § | |
| COLLECTORS UNIVERSE, INC. d/b/a | § | |
| PROFESSIONAL SPORTS | § | |
| AUTHENTICATOR (PSA), | § | |
| Defendant, | § | |

**JURY TRIAL DEMANDED**

---

### PLAINTIFF'S ORIGINAL PETITION

**Discovery Control Plan & Initial Disclosures.** Plaintiff requests Level 2 (Tex. R. Civ. P. 190) and acknowledges Initial disclosures are automatic under Rule 194.

**Rule 47 Damages Category.** Plaintiff seeks monetary relief over **$1,000,000** and non-monetary relief.

**Jury Demand.** Plaintiff demands trial by jury and will tender the fee.

### I. Introduction

1. This case arises from PSA's mishandling of a uniquely scarce **Ty Cobb W600 "Sporting Life" cabinet card**. Plaintiff submitted the item under **PSA Order No. 24573735 / Submission No. 12603590.** PSA assigned **Certification No. 101214417** and internally recorded the card as "N0: AUTHENTIC - Auto: Questionable Authenticity," yet returned the card raw with a slip reading "DO NOT HOLDER ? AUTH TCT," and provided no public certification entry. **(See Exhibits A–D, F.)**

2. The result destroyed marketability for a high-value asset. Comparable PSA-authenticated W600 Cobbs realized approximately $300,000 in 2020. Based on appreciation since then, Plaintiff estimates the current value between $1.5 million and $2 million, subject to proof. (See Exhibits G–H.)

3. Plaintiff sues for breach of contract (and, alternatively, if California law is applied, breach of the implied covenant), promissory estoppel, negligent misrepresentation, negligence, and violations of the Texas DTPA. Plaintiff seeks damages and equitable orders compelling PSA to correct the public record and issue appropriate authentication for the card component.

### II. PARTIES

4. Plaintiff **Yamil Kadir Santiago Torres** is an individual residing in Bexar County, Texas. He purchased PSA's grading/authentication services, paid the fees, submitted the card, and suffered economic injury in Texas.

5. Defendant Collectors Universe, Inc. d/b/a Professional Sports Authenticator (PSA) is a foreign corporation with its principal office at **1610 E. St. Andrew Place, Santa Ana, CA 92705.**

### III. SERVICE OF PROCESS (LONG-ARM)

6. Defendant is a nonresident doing business in Texas and does not maintain a regular place of business in Texas, and has no designated agent for service in Texas (or, if designated, the agent cannot with reasonable diligence be found). Plaintiff requests service on the Texas Secretary of State under Tex. Civ. Prac. & Rem. Code §§ 17.044–.045, with the Secretary to forward process by certified mail, return receipt requested, to Collectors Universe, Inc. d/b/a Professional Sports Authenticator (PSA), 1610 E. St. Andrew Place, Santa Ana, CA 92705. Plaintiff requests that the clerk issue citation accordingly.

### IV. JURISDICTION & VENUE

7. Personal jurisdiction is proper because PSA purposefully availed itself of the Texas market by soliciting and accepting grading submissions from Texas residents and by transacting with Plaintiff in Texas, causing injury here. See Tex. Civ. Prac. & Rem. Code §§ 17.041–.045.

8. This Court has subject-matter jurisdiction over the common-law and DTPA claims; the amount in controversy exceeds the Court's minimum.

9. Venue is proper in Bexar County under § 15.002(a)(1) because a substantial part of the events occurred here and the injury was suffered here.

### V. FORUM-SELECTION / ARBITRATION CLAUSES; ALTERNATIVE RELIEF

10. PSA's boilerplate forum-selection/choice-of-law/arbitration terms should not be applied to deprive a Texas consumer of Texas remedies (including DTPA). In the alternative, if the Court compels arbitration, Plaintiff requests orders preserving Texas DTPA remedies, permitting equitable relief, and allowing remote proceedings or Plaintiff's election to appear from Texas. Plaintiff asserts five causes of action (pleaded in the alternative where applicable):

### VI. FACTS

11. The card is a **W600 Sporting Life Ty Cobb cabinet (rookie-era, c. 1902–1911)**. Plaintiff submitted it in November 2024 for dual **(card + autograph) authentication**. PSA tracked the order to completion and assigned **Cert. No. 101214417. (Exhibits A–B, F.)**

12. PSA's online item detail reflected "N0: AUTHENTIC - Auto: Questionable Authenticity." PSA returned the card without a holder and provided a slip reading "DO NOT HOLDER? AUTH TCT." (Exhibit D.) Despite the internal "Authentic" notation for the card component, PSA provided no public certification entry that others can rely on. **(Exhibits B–C, F.)**

13. The absence of any public certification rendered the card essentially unsaleable. Major auction houses declined without a recognized holder/LOA. **(Exhibits G–H.)**

### VII. CONDITIONS PRECEDENT & DTPA NOTICE

### VII. CONDITIONS PRECEDENT & DTPA NOTICE

14. All conditions precedent to Plaintiff's non-DTPA claims have been performed or have occurred.

15. On **August 14, 2025**, Plaintiff served the written notice required by Tex. Bus. & Com. Code § 17.505(a) by certified mail, reasonably describing the complaint and damages. Plaintiff will supplement the record with USPS tracking and the green card. (Exhibit J.)

### VIII. CAUSES OF ACTION

A. Breach of Contract (and, in the alternative, if California law is applied, breach of the implied covenant)

16. Plaintiff and PSA formed a contract (PSA terms, submission agreement, and user agreement). Plaintiff paid all fees and complied with requirements. PSA materially breached by failing to deliver the benefit of the bargain: when the card was authentic, PSA failed to provide any publicly verifiable authentication (e.g., encapsulation noting "Authentic card; autograph not authenticated" or an LOA), and kept the premium fee.

**17.** Damages include loss in market value (between $1.5M and $2M), fees, shipping/insurance, and related costs.

### B. Promissory Estoppel (alternative)

**18.** PSA's marketing and dealings promised that genuine items would be authenticated/encapsulated and thereby made marketable. Plaintiff reasonably relied by submitting and paying. Injustice can be avoided only by enforcing the promise (equitable orders) or awarding equivalent damages.

### C. Negligent Misrepresentation

**19.** In the course of business, PSA supplied false/misleading information by omission and design: internally noting "Authentic" while providing no public authentication and returning a "? AUTH" label. Plaintiff justifiably relied and suffered foreseeable economic loss.

### D. Negligence

**20.** PSA owed a duty to exercise reasonable care in evaluating and communicating results for a high-value submission. Reasonable alternatives included encapsulating the authentic card with a clear label regarding the autograph or issuing an LOA. PSA's failure proximately caused Plaintiff's losses.

### E. Texas Deceptive Trade Practices Act (DTPA)

**21.** Plaintiff is a "consumer" who sought and acquired services. PSA committed false, misleading, or deceptive acts, failed to disclose material terms, engaged in an unconscionable course of action, and breached warranties. Plaintiff seeks economic damages, additional (treble) damages for "knowing" conduct, attorneys' fees (upon retention of counsel), costs, and equitable relief.

## IX. REQUEST FOR SERVICE

**22.** Please issue citation and serve Collectors Universe, Inc. d/b/a PSA via the Texas Secretary of State under Tex. Civ. Prac. & Rem. Code §§ 17.044–.045, with the SOS to forward process to 1610 E. St. Andrew Place, Santa Ana, CA 92705, by certified mail, return receipt requested.

## X. PRAYER

Plaintiff respectfully requests judgment against Defendant, awarding:

**a)** Economic damages sufficient to fully compensate Plaintiff (monetary relief over $1,000,000, subject to proof), plus fees and incidental costs; **b)** Additional/treble damages under the DTPA for knowing conduct; **c)** Equitable relief/specific performance, including orders requiring PSA to: **(i)** list Cert. No. 101214417 in PSA's database as an Authentic Trading Card (card authentic) with a notation that the autograph was not authenticated; **(ii)** encapsulate the card accordingly at PSA's expense, or alternatively issue a formal PSA Letter of Authenticity for the card component; and **(iii)** clarify/remove any "Questionable Authenticity" stigma associated with this item; **d)** In the alternative, rescission/restitution (full fee refunds) if equitable relief is declined; **e)** Attorneys' fees and costs as permitted by law (including Tex. Bus. & Com. Code § 17.50(d)) upon retention of counsel; pre- and post-judgment interest; and **f)** All other relief legal or equitable to which Plaintiff is justly entitled.

Dated: August 14, 2025.

Respectfully submitted,

*/s/ Yamil Kadir Santiago Torres*

**Yamil Kadir Santiago Torres**
Plaintiff, pro se
1107 Austin Highway, Unit 91005
San Antonio, Texas 78209
Phone: (210) 990-3339
Email: yamil.santiago@gmail.com

# EXHIBIT LIST
## (attach to petition)

**"EXHIBIT A"** - *Order Status Screenshot (PSA Order 24573735, showing submission and completion dates).* (Image of PSA account status for Order #24573735 grades ready as of Mar 3, 2025, etc.) *(Page 5)*

**"EXHIBIT B"** - *PSA Item Detail Screenshot (Cert #101214417 shows "N0: AUTHENTIC Auto: Questionable Authenticity").* (Image: PSA online account screenshot listing the Ty Cobb card as N0: Authentic, with description, and another item as N9: Not graded.) *(Page 6)*

**"EXHIBIT C"** - *PSA Images Screenshot (showing PSA removed the card's image).* (Images: side-by-side screenshot of one another card with an image, one of a Ty Cobb card entry with no image thumbnail.) *(Page 7)*

**"EXHIBIT D"** - *PSA Return Labels Photos.* (Photo 1: PSA label for Ty Cobb card: "…? AUTH TCT DO NOT HOLDER"; Photo 2: PSA label "RETURN NO GRADE, NO CHARGE NOHOLDER" for comparison.) *(Page 8)*

**"EXHIBIT E"** - *Excerpt of PSA Grading Terms & Conditions.* (Text of relevant PSA term about dual service discretion and no refunds.) *(Page 9)*

**"EXHIBIT F"** - PSA account screenshot (Aug. 10, 2025) showing "N0: AUTHENTIC – Auto: Questionable Authenticity" for Cert. 101214417. (Page 10)

**"EXHIBIT G"** - PSA "Auction Prices Realized" page showing a PSA-authenticated W600 Ty Cobb selling for $300,000 on April 20, 2020. (Page 11)

**"EXHIBIT H"** - Robb Report article corroborating a $300,000 expected sale price (Apr. 7, 2020). (P. 12)

**"EXHIBIT I"** - Photo of the Ty Cobb W600 card (front). (P. 13)

**"EXHIBIT J"** - DTPA § 17.505(a) presuit notice letter (dated Aug. 13, 2025); USPS certified receipt/tracking and green card to be supplemented when available.

*(End of Petition)*

# "EXHIBIT A"

**"EXHIBIT A"** – *Order Status Screenshot (PSA Order 24573735, showing submission and completion dates).*
*(Image of PSA account status for Order #24573735 – grades ready as of Mar 3, 2025, etc.)*



### Grades Ready

## Order 24573735

Submission 12603590 • 2 Items
- Value (1979-Older) service

### Status

- ✓ Order Arrived
  Nov 25, 2024
- ✓ Order Prep
  Dec 3, 2024
- ✓ Research & ID
- ✓ Grading
- ✓ Assembly
- ✓ QA Checks
- ✓ Grades Ready
- ✓ Completed
  Mar 3, 2025

— 2 items were shipped back to you

# "EXHIBIT B"

**"EXHIBIT B"** – *PSA Item Detail Screenshot (Cert #101214417 – shows "N0: AUTHENTIC – Auto: Questionable Authenticity").*
*(Image: PSA online account screenshot listing the Ty Cobb card as N0: Authentic, with description, and another item as N9: Not graded.)*



# "EXHIBIT C"

**"EXHIBIT C"** – *PSA Images Screenshot*
*(showing PSA removed the card's image).*



# "EXHIBIT D"

**"EXHIBIT D"** – *PSA Return Labels Photos.*
*(Photo 1: PSA label for Ty Cobb card: "…? AUTH TCT – DO NOT HOLDER"; Photo 2: PSA label "RETURN – NO GRADE, NO CHARGE – NOHOLDER" for comparison.*



# "EXHIBIT E"

*"EXHIBIT E" – Excerpt of PSA Grading Terms & Conditions.*
(Text of relevant PSA term about dual service discretion and no refunds.)

https://www.psacard.com/termsandconditions

E-1 (PSA FAQ — encapsulation discretion/charge when rejected)

**"In the event that PSA rejects an item ... it will be returned not encapsulated, however the full grading price is still charged."**
(Also stated on the same page: PSA—not the customer—chooses the safest holder size for a card; holder-size requests aren't accepted.

E-2 (PSA Autograph Encapsulation Submission Agreement — PDF — non-refund)

**"Amount paid to PSA is NON-REFUNDABLE once the autographed item begins the authentication process."** (see Terms on page 4 of the form).

E-3 (Collectors User Agreement — Section 17 — dispute resolution)

**"...resolve any and all disputes ... through binding arbitration ... and waive your rights to a jury trial and to participate in any class action suit."**

(PSA confirms that PSA accounts are subject to the Collectors User Agreement.

# "EXHIBIT F"

"EXHIBIT F" - PSA account screenshot (Aug. 10, 2025) showing "N0: AUTHENTIC – Auto: Questionable Authenticity" for Cert. 101214417.



# "EXHIBIT G"

EXHIBIT G - PSA 'Auction Prices Realized' page showing a PSA-authenticated W600 Ty Cobb selling for **$300,000** on April 20, 2020.

Plaintiff's screenshots (captured 08/10/2025)



# "EXHIBIT H"

Exhibit H - Robb Report article corroborating a **$300,000** expected sale price

Plaintiff's screenshots (captured 08/10/2025)



# "EXHIBIT I"

## Photo – Ty Cobb W600 Sporting Life cabinet card (front).



## "EXHIBIT J"

**Yamil Kadir Santiago Torres**
1107 Austin Highway, Unit 91005
San Antonio, Texas 78209
Email: yamil.santiago@gmail.com | Phone: (210) 990-3339

**August 13, 2025**

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

**Collectors Universe, Inc. d/b/a Professional Sports Authenticator (PSA)**
**Attn: Legal Department / Registered Agent**
1610 E. St. Andrew Place
Santa Ana, CA 92705

**Re: NOTICE AND DEMAND UNDER TEX. BUS. & COM. CODE § 17.505(a) (DTPA) - Ty Cobb W600 "Sporting Life" cabinet; PSA Order 24573735; Submission 12603590; Cert. 101214417**

**To Whom It May Concern:**

I am a Texas consumer who purchased PSA's grading/authentication services for the above Ty Cobb W600 cabinet. PSA's account showed the card as "N0: AUTHENTIC - Auto: Questionable Authenticity," yet PSA returned the card raw with a "DO NOT HOLDER ? AUTH TCT" slip and provided no public certification/entry in PSA's database.

This notice reasonably describes my complaint and damages:

• False, misleading, or deceptive acts and omissions (Tex. Bus. & Com. Code § 17.46(b)), including representing that genuine items would be authenticated/encapsulated to make them marketable and failing to disclose that PSA would refuse any public authentication when an autograph fails, while retaining the full fee.

• Unconscionable action (§ 17.50(a)(3)) by withholding any transferable proof for a genuine card, returning it with a stigmatizing label, and destroying marketability.

Economic damages are presently estimated at not less than $1,500,000, plus all fees paid to PSA and incidental costs (insured shipping, etc.). All amounts will be updated as needed.

**DEMAND AND OPPORTUNITY TO CURE (60 DAYS):** Within 60 days of receipt, please provide a written good-faith offer to resolve these claims. An acceptable resolution includes, at my election:

**(A)** Specific performance at PSA's expense publicly list Cert. No. 101214417 as an Authentic Trading Card (card authentic) with a notation that the autograph was not authenticated; encapsulate accordingly; reimburse fees and incidental costs; and issue a certification letter, or

**(B)** Monetary payment that fully compensates my economic loss (not less than $1,500,000) plus fees and allowable expenses.

If PSA does not timely tender a reasonable settlement, I will file suit seeking all relief available under the DTPA, including economic and additional (treble) damages for knowing conduct, attorneys' fees, costs, and equitable orders.

Sincerely,

*/s/ Yamil Kadir Santiago Torres*
**Yamil Kadir Santiago Torres**
Plaintiff (pro se)

**AFFIDAVIT OF INABILITY**

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE...

Cause Number: **2025CI19075**
Judge: 166th, District Court
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: YAMIL KADIR SANTIAGO TORRES
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: COLLECTORS UNIVERSE, INC. d/b/a PROFESSIONAL SPORTS AUTHENTICATOR (PSA),
*(Print first and last name of the person being sued.)*

In the (check one):
[X] District Court
[ ] County Court / County Court at Law
[ ] Justice Court

Court Number: _____
County: BEXAR, Texas

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court

## 1. Your Information

My full legal name is: YAMIL (First) KADIR (Middle) SANTIAGO TORRES (Last)
My date of birth is: 12/15/1978 (Month/Day/Year)

My address is: (Home) 20502 OAK FARM SAN ANTONIO TX 78258
(Mailing) P.O. BOX 91005 SAN ANTONIO TEXAS 78209

My phone number is: (210) 990-3339   My email: yamil.santiago@gmail.com

About my **dependents:** "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|---|---|---|
| 1 Loanna Torres | 73 | Mother |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

FILED 2025 AUG 14 PM 12: DISTRICT CLERK BEXAR CO. TEXAS DEPUTY

## 2. Are you represented by Legal Aid?

[ ] I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

[ ] I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

[X] I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

[X] I do not receive needs-based public benefits. - or -

[ ] I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check)*
[ ] Food stamps/SNAP  [ ] TANF  [ ] Medicaid  [ ] CHIP  [ ] SSI  [ ] WIC  [ ] AABD
[ ] Public Housing or Section 8 Housing  [ ] Low-Income Energy Assistance  [ ] Emergency Assistance
[ ] Telephone Lifeline  [ ] Community Care via DADS  [ ] LIS in Medicare ("Extra Help")
[ ] Needs-based VA Pension  [ ] Child Care Assistance under Child Care and Development Block Grant
[ ] County Assistance, County Health Care, or General Assistance (GA)
[ ] Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ __0.00__ in monthly wages. I work as a __General Manager__ for __Impulse Diagnostics TX Inc,__.
                                            *Your job title*                          *Your employer*

$ __0.00__ in monthly unemployment. I have been unemployed since *(date)* __July 6, 2025__.

$ __0.00__ in public benefits per month.

$ __0.00__ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ __0.00__ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
             ☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
             ☐ Child/spousal support
             ☐ My spouse's income or income from another member of my household *(If available)*

$ __0.00__ from other jobs/sources of income. *(Describe)* __I lost my Home and Home & Business__

$ __0.00__ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes: **Value***

| | |
|---|---|
| Cash | $ 0.00 |
| Bank accounts, other financial assets | |
| _____ | $ 0.00 |
| _____ | $ 0.00 |
| _____ | $ |
| Vehicles (cars, boats) *(make and year)* | |
| BMW X5 2021 OWNS $78,150 and is valued at | $ 0.00 |
| $65K BMW M4 2019 OWNS $53,000 and is valued | $ 0.00 |
| at $36,000, and is 3 3-month back payment | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| Both vehicles are behind in payment | $ 0.00 |
| 3 months and upside down balance | $ 0.00 |
| No bonds, no jewelry | $ 0.00 |
| **Total** value of property → $ | |

**6. What are your monthly expenses?**

"My **monthly expenses** are: **Amount**

| | |
|---|---|
| Rent/house payments/maintenance | $ $1471.00 |
| Food and household supplies | $ $500.00 |
| Utilities and telephone | $ $300.00 |
| Clothing and laundry | $ $200,00 |
| Medical and dental expenses | $ $0,00 |
| Insurance (life, health, auto, etc.) | $ $0.00 |
| School and child care | $ $0.00 |
| Transportation, auto repair, gas | $ $500.00 |
| Child / spousal support | $ $0.00 |
| Wages withheld by court order | $ $0.00 |
| Debt payments paid to: *(List)* | $ |
| _____ | $ |
| _____ | $ |
| **Total** Monthly Expenses → | $ $2,971.00 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* __I have personal loans, auto loans credit cards that are all behind in payments__

"

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.") Check here if you attach another page.* ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is __Yamil Kadir Santiago Torres__. My date of birth is: __12__/ __15__ /__1978__.

My address is __1550 Jackson Keller Rd. Apt 905 San Antonio,__  __Texas__  __78213__  __USA__
                *Street*                                      *City*         *State*    *Zip Code*   *Country*

▶ _(Signature)_ signed on __08__/ __13__ /__2025__ in __BEXAR__ County, __TEXAS__
                          *Month/Day/Year*        *county name*              *State*