# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **YAMIL KADIR SANTIAGO TORRES,** | CIVIL ACTION NO. 5:25-cv-01200 |
| Plaintiff, | |
| v. | |
| **COLLECTORS UNIVERSE, INC. d/b/a PROFESSIONAL SPORTS AUTHENTICATOR (PSA),** | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Collectors Universe, Inc. states as follows:

Collectors Holdings, Inc. is the parent corporation of Defendant Collectors Universe, Inc., and there is no publicly held corporation that owns 10% or more of Defendant Collectors Universe, Inc.'s stock.

Defendant Collectors Universe, Inc. is a citizen of Delaware and California, as it is incorporated under the laws of Delaware and maintains its principal place of business in California.

Dated: September 24, 2025

Respectfully submitted,

*/s/ Emily A. Fitzgerald*
Emily A. Fitzgerald
State Bar No. 24097690
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
emily.fitzgerald@alston.com
(214) 922-3400 – Telephone
(214) 922-3899 – Facsimile

Jonathan D. Parente (*pro hac vice* forthcoming*)*
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
jonathan.parente@alston.com
(404) 881-7000 – Telephone
(404) 881-7777 – Facsimile

*Attorneys for Collectors Universe, Inc., d/b/a Professional Sports Authenticator (PSA)*

2