# Exhibit A

# PSA Grading Terms and Conditions

Last Updated: November 13, 2024

The PSA Grading Services are provided by Collectors Universe, Inc. d/b/a Professional Sports Authenticator ("We" or "PSA") and are subject to these terms and conditions (the "PSA Terms") and further guidelines and instructions applicable to the PSA authentication, grading, certification, and related services (collectively, the "PSA Grading Services") including the applicable service fees, prices, rates, and charges provided for the PSA Grading Services, as well as the Collectors User Agreement ("User Agreement") (incorporated herein by this reference) (these PSA Terms and the User Agreement, collectively the "Terms").

PRIOR TO USING ANY PSA GRADING SERVICES, YOU SHOULD CAREFULLY READ THE TERMS. As part of making a submission to PSA, you must read and affirmatively agree to these PSA Terms to complete an order. You agree to abide by and to be bound by these Terms and further agree that PSA is entitled to rely upon and benefit from this agreement, as part of the submission process. If you do not agree to the Terms, then you should not submit any item to PSA or otherwise request or use any PSA Grading Services. Should you object to any of the Terms, or any subsequent modifications thereto, or become dissatisfied with the PSA Grading Services, your sole remedy is to discontinue use of the PSA Grading Services and request return of your item(s), as applicable, in the manner provided in the Terms.

THE USER AGREEMENT CONTAINS A DISPUTE RESOLUTION AND ARBITRATION PROVISION (SECTION 17 HERE) THAT GOVERNS HOW CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED. READ THE TERMS CAREFULLY BECAUSE THEY CONTAIN: (I) LIMITATIONS OF LIABILITY AND DISCLAIMERS REGARDING RISK OF LOSS AND DAMAGES; AND (II) A PROVISION REQUIRING ARBITRATION OF DISPUTES BETWEEN US, INSTEAD OF CLASS ACTIONS OR JURY TRIALS.

We reserve the right to update and make changes to the Terms at any time by updating this posting or providing notice to you electronically or as otherwise permitted under applicable law. Updates and changes take effect when we post them, unless we specify an effective date in our notice to you. Your continued access to or use of your Account and the PSA Grading Services after any updates and/or changes indicates your acceptance to the Terms as modified. We may also ask you to acknowledge your acceptance of the Terms through an electronic click-through. It is your responsibility to periodically visit this page and review the Terms for updates.

The PSA Grading Services are subject to the specific terms and conditions provided below. Capitalized terms not otherwise defined below are defined in the User Agreement and incorporated here by this reference.

A. Authentication and Grading Services

1. Eligibility for Submission. To use the PSA Grading Services, you must (a) have a valid and active Collectors Account ("Account") and have affirmatively agreed to the Collectors User Agreement and (b) complete in full the PSA Online Submission process, including selection of the applicable services, grading submission type and label placement (as applicable). Eligible customers may create a Collectors Account here. Only authorized dealers who have completed and signed a PSA Dealer Application and are appointed by PSA as a PSA dealer are authorized to submit items to PSA for grading on behalf of individuals, subject to the terms of the PSA Dealer Agreement. Submissions on behalf of group submitters or on behalf of other dealers are expressly prohibited.

Each person may only have a single Collectors Account. If your Collectors Account is canceled, disabled, blocked, or otherwise restricted by PSA or its affiliate(s), you may not submit under another account. Any account created by or on behalf of a person whose account was previously restricted is invalid. PSA reserves the right to refuse service to anyone, and will refuse service to any person associated with a duplicate or otherwise invalid Collectors Account.

Each order submitted for PSA Grading Services may only include a single service type (e.g., Grading, Crossover, Review, *or* Reholder) and item type (e.g., Trading Cards, Tickets, Autographs, Packs, *or* Funko Pop!), and must be shipped apart from any other order. If a submission is received for mixed services or item types, PSA may, without notification, separate the items for processing according to PSA submission requirements. If your submission is not in conformity with the Terms or PSA's written submission instructions, PSA reserves the right to (a) reject and return the item submitted by you at your risk and expense (as provided in these Terms); or (b) process the submission and correct any non-conformity (including to reflect its current service and shipping prices) without notice to you.

2. Service Levels and Maximum Insured Value. PSA offers various estimated turnaround time and pricing combinations ("Service Levels") depending on the type of item(s) you submit. Any Service Levels stated on the PSA website are provided for the convenience of our customers only. Orders that require special handling or that have payment or shipping issues may experience delays from the published Service Levels. PSA may offer certain Service Levels exclusively to subscribers of a

PSA membership program according to the terms of such program (see Section 20). The Service Level you select determines the Maximum Insured Value applicable to your submitted items. As further described in Section 10, "Maximum Insured Value" refers to the maximum compensation you can receive for actual damage or loss sustained to a collectible while in PSA's possession. Therefore, you should select a Service Level with a Maximum Insured Value greater than your estimate of the post-grading fair market value of each item in your order. For additional information regarding Maximum Insured Value, refer to the FAQ on PSA's website at https://www.psacard.com/support/faq#maxinsuredvalue.

If PSA in its sole discretion determines, at any point in the process, that an item you submitted has a fair market value exceeding the Maximum Insured Value of your chosen Service Level, PSA reserves the right to require you to pay an adjusted grading fee at a Service Level which has a Maximum Insured Value in excess of the item's fair market value as determined by PSA. If you refuse or are unable to pay PSA for the adjusted Service Level fee, then PSA will return your submitted item to you unprocessed at your cost, and you will be charged for the Service Level at which you submitted the item.

3. Turnaround Times. Any time frame proposed for PSA Grading Services on a submitted item, including any estimated turnaround time for a Service Level, is an estimate only and is not guaranteed. Actual time frames are based on when a submitted item is processed for PSA Grading Services and not when a package is received, and may be impacted by, PSA's submission volume and capacity and other unforeseen circumstances. Actual time frames may change without notice as conditions change. PSA will endeavor to provide the PSA Grading Services within the time frame, if any, offered as part of the PSA Grading Services at the requested Service Level. HOWEVER, WITHOUT LIMITING THE TERMS OF THE USER AGREEMENT, YOU ACKNOWLEDGE AND AGREE THAT PSA WILL HAVE NO LIABILITY OR RESPONSIBILITY WHATSOEVER TO YOU OR ANY OTHER THIRD PARTY FOR ANY DAMAGES (DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL) DUE TO PSA'S FAILURE TO GRADE ANY ITEMS WITHIN ANY SPECIFIC TIME FRAME. ALL DAYS REFERENCED IN THESE TERMS OR WITH THE PSA GRADING SERVICES REFER TO BUSINESS DAYS (UNLESS OTHERWISE STATED).

PSA will make your results available to you on the PSA website (accessible via a valid Collectors Account login). Customers may not contact the PSA offices for results before PSA makes them available. Absolutely no authentication or grading results will be given over the phone, email, via any PSA messaging portal, or any other method.

4. Eligible Items and Services. PSA will provide the PSA Grading Services on items submitted to it by you in accordance with the applicable PSA authentication,

grading, and/or certification standards in effect at that time. PSA may from time to time change the item types eligible for submission, the types of service offered, and the specific elements of each service. The most up-to-date descriptions of the specific PSA Grading Services currently offered may be found in the submission flow (including tooltips and linked FAQs) at https://www.psacard.com.

PSA will not grade items which bear evidence of trimming, recoloring, restoration, or any other form of alteration or tampering, or that are of questionable authenticity, and you agree not to knowingly submit any such items. Encapsulated items (e.g., those submitted for Review or Reholder services) in holders that are open, unsealed, or otherwise showing evidence of tampering, fraud or damage, are subject to new authentication and grading, and may be deemed inauthentic or receive a lower grade. PSA may refuse to authenticate, grade, re-encapsulate, or certify items that are in its opinion critically damaged and/or too fragile, or may alternatively require that you release PSA completely from all liability whatsoever with regard to such items prior to performing the services by signing a Release of Claims Agreement.

PSA may not certify autographed items consisting of (a) autographs NOT listed on the PSA Autograph Pricing Schedule; (b) autographs that are damaged and/or illegible; or (c) autographed items exceeding PSA's weight restrictions. PSA may refuse to certify items submitted in irregular containers such as binders or frames, and in any case is not responsible for damage caused in the course of removing an item from such containers.

5. General Shipping Requirements. You agree(a) to pack and ship each item you submit to PSA in strict accordance with all applicable submission instructions and requirements (including without limitation those in your Submission Form, the PSA Shipping Guide at https://www.psacard.com/info/shipguide, and the shipping carrier's site (e.g., Fedex's at https://www.fedex.com/en-us/shipping/packing/how-to-pack.html)); and (b) to be charged one or more processing fees for non-conforming packaging of any item, order, or group of orders, as disclosed in the Shipping Guide. For avoidance of doubt, "non-conforming packaging" includes, but is not limited to, submission of items in incorrect materials (e.g., rigid "toploader" sleeves), inclusion of extraneous materials (e.g., pull tabs or stickers), submission of items in a different order than that on the Submission Form, bundling of multiple orders, and any other deviation from the Shipping Guide instructions published at psacard.com at the time your submit your order.

Carriers to whom you entrust your inbound items do not represent and do not act as an agent of PSA. PSA shall have no liability whatsoever for (a) any damage to any item while in transit to PSA, (b) any damage caused as a result of packing that does not strictly conform to our written specifications (found at

https://www.psacard.com/info/shipguide) (including such damage occurring in the course of unpacking), or (c) any damage to or loss of extraneous objects (e.g., binders, frames) included with a submitted item. Regardless of the method of transportation you utilize for delivery of your item(s) to PSA, you bear the sole cost and risk of: (a) all loss, damage, theft, delay, or destruction in connection with the shipment and delivery of any item(s) to PSA (even if PSA provides a shipping label for shipment of the item(s)); (b) obtaining or foregoing insurance coverage on your item while in transit; and (c) the expense of the delivery and shipment of the item(s). PSA bears no responsibility for any item until it has been unpacked, identified, and indicated as "Order Prep" by PSA; the carrier's completion of delivery shall have no effect on PSA's responsibility, even if PSA signed for the package. For return shipment following completion of PSA Grading Services or upon rejection of an item, you may at your option: (a) have PSA ship and insure the applicable item and charge you for such insurance, (b) obtain your own insurance, or (c) ship through your own shipping account, which means PSA will not insure your outbound package. With respect to any item insured by PSA for return shipment, the provisions of Section 10 shall apply.

6. Additional Terms for PSA Inbound Shipping Program. For avoidance of doubt, any inbound shipping option made available to you (including insured and non-insured shipping options) remains subject to all of the General Shipping Requirements in Section 5, including but not limited to the PSA submission instructions and requirements referenced there. You will receive a digital QR code to ship your package via FedEx to PSA. Your package must be taken to a physical FedEx location for drop off, scanning, and to obtain a receipt. Even when utilizing this shipping option, however, shipping and carrier services under this option are at all times being provided exclusively by FedEx, never PSA. You understand that those services are being provided to you by FedEx under an arrangement between you and FedEx. By utilizing this service, you agree to accept financial responsibility for the inbound shipping charges as shown and agreed. To understand FedEx's applicable terms and conditions, rules and requirements, and packaging guidelines, please visit https://www.fedex.com.

7. Return and Inspection of Submitted Items. You agree to timely report any issues with the return of your items as specified below. If you do not receive your return shipment(s), you must notify PSA within seventeen (17) calendar days of the original estimated date of delivery or, if no such estimated date was provided, thirty (30) calendar days from the date PSA shipped your order. Upon receipt of your return shipment(s), you must promptly and carefully inspect all submitted items returned to you and report any damage, discrepancy, or errors to PSA in writing within five (5) calendar days after receipt. You must also inspect all certification labels, and associated authentication and grading documents (including those

posted to the PSA website) (even if you elect to transfer an item to the PSA Vault) immediately upon receipt for typographical, clerical, or mechanical errors pertaining to the description of the item, which include, but are not limited to, incorrect date or designation. You may review card images and verify certifications for paid, processed orders (including those sent to the Vault) directly on your PSA "Orders" page or at https://www.psacard.com/cert. You agree to submit a Label Correction Request to the Customer Request Center and return any incorrectly described item to PSA upon request at any time for correction of the discrepancy or error, at PSA's expense, and agree to indemnify and hold harmless PSA and its affiliates against all losses and/or claims (including attorney's fees) caused by the circulation or sale of a mismarked or inappropriate item or any unauthorized use of a PSA certificate or label. PSA's determination as to whether there exists any damage, discrepancy, or error shall be final and binding. PSA disclaims any liability for damage or discrepancies or errors, including, but not limited to, errors in the description of the item unless reported to PSA within five (5) calendar days as specified in this section. If you elect to have your item transferred to the PSA Vault, the terms referenced in Section 19 also apply.

8. PSA Grading Services Disclaimer. PSA Grading Services (including authentication, grading and certification) involve individual judgments that are subjective and require the exercise of professional opinions, which can change from time to time. Therefore, PSA makes no warranty or representation and shall have no liability whatsoever to you or any third party for any opinion rendered, grade assigned, or statement made (including Grader Notes as defined in Section 23, below) with respect to an item. If you disagree with the results of the PSA Grading Services for your submitted item, you may resubmit the item for review and you will be responsible for the full grading fees and applicable shipping charges. Any Grader Notes PSA may provide are intended for illustrative purposes only and are not meant as exhaustive documentation of the PSA Grading Services.

9. PSA Item Holders. If you break open any PSA holder for an item, you shall immediately return to PSA the PSA certification label and PSA holder. PSA certification labels and holders at all times shall remain the property of PSA. If you come into possession of any PSA holder or label which you have reason to believe is not completely sealed, tampered with, mislabeled, or counterfeit, you shall immediately return such PSA holder or label to PSA. You acknowledge and agree that breaking items out of PSA holders involves the risk of personal injury, including without limitation, possible eye damage, and the risk of damaging the item. PSA SHALL HAVE NO LIABILITY WHATSOEVER TO YOU OR ANY OTHER THIRD PARTY FOR ANY PERSONAL INJURY OR DAMAGE TO ANY ITEM, OR OTHERWISE, RESULTING FROM THE BREAKING OPEN OF A PSA HOLDER. If any item is removed, inadvertently or intentionally, from its PSA holder, it shall be treated by

you and PSA as if it were never graded by PSA, and you acknowledge that such item may no longer qualify for PSA Grading Services. Once submitted, PSA shall have no obligation to assign to a graded item the same grade previously assigned to it, and any Guarantee that previously applied to the item while it was in the PSA holder shall no longer apply to it.

B. Trust and Protection

10. Lost, Stolen, or Damaged Items. PSA will exercise reasonable and ordinary care in handling items submitted for authentication, grading, review, or reholdering. However, if PSA determines, in its sole discretion, that your item submitted to PSA for PSA Grading Services was lost, stolen, or damaged while in the possession or control of PSA, PSA will compensate you as provided in this Section 10 based on the degree of damage or loss, up to the fair market value of the item at the time of loss as determined by PSA standard procedures, which may include filing a claim with our insurance carrier. Regardless of the fair market value of your item, the actual compensation you are eligible to receive from PSA will not exceed the Maximum Insured d Value of the applicable Service Level. IN NO EVENT SHALL PSA'S TOTAL LIABILITY, WHETHER CAUSED BY THE ACTIVE OR PASSIVE NEGLIGENCE OF PSA OR OTHERWISE, EXCEED THE LESSER OF THE FAIR MARKET VALUE OR THE MAXIMUM INSURED VALUE OF THE ITEM. WE RESERVE THE RIGHT, IN OUR SOLE DISCRETION, TO DETERMINE THE FAIR MARKET VALUE FOR AN ITEM BY ANY MEANS AS WE MAY DETERMINE. PSA may elect, depending on the condition of a damaged item, to either (a) return the item to you and compensate you for the reduction in value due to damage, or (b) retain the item and pay the maximum liability available under this section.

Please be aware such compensation shall be your sole and exclusive remedy and our entire liability for any loss or damage to your item while in the custody and control of PSA, and is subject to your irrevocable release and discharge of PSA and its affiliates, on your behalf and on behalf of anyone who may claim through or for you, from any liability for loss or damage to the item, including due to the gross negligence of PSA or it agents and contractors. You must sign PSA's standard Release of Claims Agreement as a condition of payment. PSA reserves the right to withhold any claim settlements, credits, or other amounts payable to you if you have outstanding amounts payable to PSA, and PSA may discount such amounts payable to PSA from any amount payable to you.

PSA has and will have no liability whatsoever to you for any loss or damage of any item occurring while the item is not in the custody or control of PSA, including, without limitation, after the item is transferred to the custody or control of a third

party, including another facility, owner, agent, dealer, group submitter, or carrier, as identified by you, or released for return to you. PSA will not be liable or responsible for any consequential, incidental, special, or indirect damages, including, without limitation, for any intrinsic or sentimental value of an item.

If an item is reported lost or stolen by the owner or transport carrier, PSA may request a police report or carrier claim as proof of loss in order to deactivate the certification numbers displayed on our website (www.PSAcard.com/cert/). If you possess a deactivated cert, please contact our Customer Care team for direction.

11. Your Representations and Authorization. By submitting an item, you represent and warrant that (a) the information stated on the submission form and any pictures or images of the item(s), including, without limitation, the description and quality of each item, the condition of the item, and the estimated fair market value indicated by your Service Level selection are current, truthful and accurate and (b) the item is free and clear of any liens, security interests, or encumbrances of any kind. If you are submitting any items that belong to a third party, you represent and warrant that you are authorized to submit the items on behalf of that third party, subject to these terms. You agree to provide to PSA written confirmation of such authorization at any time upon our request.

12. Doctored and Inauthentic Items; Fraud Prevention and Investigation.

(a) You represent and warrant that any item submitted for any PSA Grading Service is genuine and you have no knowledge and no reasonable basis to believe that the item is a “Doctored” item. You affirm your obligations with respect to Doctored items set forth in these Terms. For purposes of these Terms, “Doctor,” “Doctored” or “Doctoring” means the alteration of the appearance of an item by things such as, but not limited to, trimming, re-coloring, bleaching, power erasing, cleaning, waxing, re-backing or any other form of restoration used to enhance the appearance, condition or content of an item.

(b) You agree that you will not Doctor items or participate in any way in Doctoring items or submitting any items to PSA for grading which you know or have reason to believe have been Doctored in any way, and acknowledge that the determination as to whether an item should be authenticated or graded shall be made solely by PSA in accordance with its standards. You acknowledge that detecting Doctored items is very difficult. You acknowledge that PSA will not authenticate or grade items which, in the judgment of PSA, bear evidence of Doctoring. However, because the determination by PSA to reject such Doctored items will require a review by PSA’s personnel, you will be required to remit, as set forth herein, the standard fee for any such Doctored items that are submitted to PSA. You acknowledge that

Doctoring is wrongful and inappropriate activity which is harmful to PSA, and all of your obligations in this Section 12 shall survive termination of these PSA Terms.

(c) You acknowledge that PSA will not grade counterfeit items. However, because the determination by PSA to reject such counterfeit items will require a review by PSA's personnel, you will be required to remit, as set forth herein, the standard fee for any such items that are submitted to PSA. Such items will not be placed in a PSA holder.

(d) You agree that PSA would suffer irreparable damages if you were to engage in Doctoring of any item and that PSA is entitled to not only compensatory damages but also preliminary and final injunctive relief for any breach of your obligation not to Doctor items or to submit Doctored items to PSA in violation of your obligations hereunder.

(e) You acknowledge that PSA will not assign a numerical grade to any Doctored Item or item which, in the judgment of PSA, bears evidence of harsh cleaning, artificial toning, damaged surfaces, altered surfaces, foreign substances, or other similar impairments, or appears to be of questionable authenticity. However, because the determination by PSA to reject such impaired items will require a review by PSA's personnel, PSA will not refund the standard fee for any such items that are submitted to PSA.

(f) You agree that, if PSA determines that an encapsulated item in its possession (whether for PSA Grading Services, corrections, Guarantee claims, or any other circumstance) is inauthentic, incorrectly graded, altered, or damaged in its holder, PSA may remove the item from its holder and change the grade/label as it deems appropriate. PSA will not in any circumstances return an overgraded item with a label reflecting the originally assigned PSA grade to the extent that PSA has determined that the grade is incorrect. Nor will PSA return any item in a PSA holder to the extent that PSA has determined that the item is inauthentic.

(g) You acknowledge that PSA will not grade or authenticate certain items. PSA RESERVES THE RIGHT, AT ITS SOLE AND ABSOLUTE DISCRETION, TO REJECT ANY ITEM SUBMITTED BY YOU AND NOT TO GRADE OR AUTHENTICATE SUCH ITEM. The refund of any fee for such a rejected item will be in PSA's sole discretion based on the circumstances. Such items will not be placed in a PSA holder.

(h) You agree that PSA may take the following measures regarding any submitted item that (i) is in a PSA holder which has been opened or otherwise tampered with since being sealed, (ii) is in a counterfeit holder or has a tampered or counterfeit label, or (iii) is a counterfeit item. You further agree to immediately notify PSA if you have reason to believe any such item(s) are included with your submission. If

such item is in a PSA holder which is counterfeit or has been tampered, PSA may remove such item from the counterfeit or compromised holder, confiscate the holder, and return the item to you (and such item shall not be subject to the Guarantee (as defined above)). If such an item is counterfeit, PSA may (i) remove such item from the PSA holder and (ii) take any action with respect to such item required by applicable law, including, but not limited to, retaining such item for an indefinite period of time or turning it over to the appropriate authorities for further investigation.

(*i*) You authorize PSA to disclose your identifying information, records of your activities, and other personal information ("Your Information") to third parties if PSA reasonably believes, in its sole discretion, that such disclosure may prevent or mitigate criminal activity or fraud. You further acknowledge and agree that PSA may disclose Your Information to third parties in order to conduct or aid the investigation of suspected criminal activity or fraud. Examples of fraud include, but are not limited to, engaging in or supporting counterfeiting, tampering, sheet cutting, card doctoring and mislabeling.

(j) PSA may apply the provisions of this Section 12 whenever it ascertains that you or your item is subject to them, including after your item has been encapsulated and returned to you. Notwithstanding any other remedy under these Terms, PSA may at any time deactivate the certification label on any previously graded item or holder it believes to be Doctored, counterfeit, tampered with, cleaned, altered, or otherwise handled in violation of these Terms.

13. PSA Authenticity and Grade Guarantee. The PSA Authenticity and Grade Guarantee ("Guarantee") applies to a PSA authenticated and graded card that had an active PSA certification number at the time it was purchased by the person submitting the Guarantee request. You acknowledge and agree that the Guarantee does not apply to, and cannot be utilized by, the original submitter (or the original submitter's agents, employees, affiliates or representatives, including a group submitter or dealer) of the graded card. PSA reserves the right to investigate the relationship between the person making the PSA Guarantee request and the original submitter. The terms and conditions that govern the Guarantee are further set forth in the Terms and Conditions of the PSA Authenticity and Grade Guarantee.

14. PSA Certification Verification Services. PSA provides access to the PSA Cert Verification Database for the sole purpose of confirming data regarding authenticated and graded items with a particular certification number. You acknowledge and agree that verification of certification numbers via the Database does not eliminate risk. PSA does not view authenticated items listed online and does not warrant or guarantee that any such authenticated item is, in fact, a

genuine PSA authenticated item. PSA encourages the purchase of PSA verified collectibles from trustworthy sources.

C. Payments

15. Payment Terms; Cancellations and Refunds. You agree upon submission of an item to pay all fees and charges due and payable for the requested PSA Grading Services. Fees and charges must be paid before PSA finishes processing your order, reveals the grades of items in your order, or returns your items to you. Fees and charges paid to PSA are non-refundable except as indicated in this section. All fees and charges are applicable regardless of outcome. In the event PSA rejects an item you submitted for PSA Grading Services for any reason, PSA has no obligation to cancel any amounts payable at submission (or refund any amounts paid), as the determination to reject an item requires a review by PSA's graders and authenticators and use of their professional opinion. Occasionally, personnel providing the applicable services for autograph or photograph submissions cannot express an opinion on an item. Such items will be designated as "Inconclusive" and a refund may be issued in the full amount of the authentication price (less expenses for preparation, release and delivery of the item(s) (which may include a processing, shipping and handling charge as applied by PSA)).

Items are eligible for cancellation only before review by a PSA grader has commenced. You may request cancellation of PSA Grading Services by contacting PSA in writing and requesting the return of your submitted item(s). Upon receipt of your request for cancellation of eligible items, and subject to PSA's then-current operating procedures, we will (a) cancel the PSA Grading Services and prepare to (i) release your item(s) to you or your designated agent or representative or (ii) arrange for delivery of the item(s) via insured delivery to a physical delivery address you specify at your expense, and (b) cancel any amounts payable (or refund any amounts paid) for the PSA Grading Services. IMPORTANT: Return of the items you submitted with a canceled order is conditioned on your payment to PSA for expenses incurred for preparation, release, and delivery (including any processing, shipping and handling charges). Once a PSA grader has commenced review of an item, the PSA Grading Services selected for that item cannot be canceled.

If you cause payment for PSA Grading Services to be rescinded after PSA has processed your items and returned them to you, PSA will consider such items unpaid and may at its discretion deactivate their certifications until you remit payment.

16. Payment Authorization. You represent and warrant that you are the cardholder or authorized user of the payment method(s) you provide, and you authorize PSA to (a) charge the payment method for the Final Amount Due (defined below) in connection with your order and (b) store and use the payment method and certain related information for future orders and charges in connection with the authentication and grading services provided by PSA. You further authorize PSA to charge the payment method for any additional service you may select during the PSA Online Submission process or otherwise via the PSA website, including PSA Vault services. You further acknowledge and agree that PSA may validate any payment method you provide to PSA in connection with the Services to ensure that the payment method is valid and that you have sufficient funds to complete the transaction. You understand that your card issuer may hold the authorized amount for a period of time determined by your card issuer.

The "Final Amount Due" is equal to the price of the Service Level you select multiplied by the number of items in the order, adjusted to account for the Service Level price applicable to any item for which PSA determines its value to exceed the Maximum Insured Value for the Service Level you selected (see also Section 2, above). Accordingly, if after grading and processing your submitted items, PSA determines that the value of any item exceeds the Maximum Insured Value for the Service Level you selected, the Final Amount Due will reflect the higher cost of the Service Level appropriate for each such item. YOU AUTHORIZE PSA TO CHARGE THE FINAL AMOUNT DUE TO YOUR PAYMENT METHOD WITHOUT NOTICE TO YOU OR FURTHER AUTHORIZATION BY YOU, SO LONG AS SUCH AMOUNT DOES NOT EXCEED YOUR ESTIMATED ORDER TOTAL AT CHECKOUT BY MORE THAN (1) FIVE HUNDRED DOLLARS ($500) OR (2) A LESSER AMOUNT DISCLOSED TO YOU DURING ORDER SUBMISSION. All charges will be made in U.S. dollars ($ USD).

You agree that the authorization provided by you for PSA to store and use the payment method and related information you provide for future orders and charges will remain in effect until canceled by you. You may cancel such authorization in the payment methods screen in the PSA Online Submission process, or by contacting PSA via phone or written message using the contact information provided in Section 28 below. These contact methods are also suitable for any other payment- or transaction-related questions you may have.

17. Delinquent Payments and PSA's Security Interest. You agree (a) to pay to PSA all pricing and other charges when due; (b) that any delinquent balances shall accrue interest at the rate of 10% per year until paid (or, if less, the maximum interest rate permitted by applicable law); and (c) that PSA shall have a security interest in the items submitted, as well as in any other property of yours in the possession of PSA or its affiliates (collectively, the "Property"), to secure your

payment obligations hereunder. You hereby grant to PSA an assignment of and lien against the Property in the amount of any fees and other charges due and payable pursuant to these Terms for the applicable PSA Grading Services. You hereby authorize PSA to file, at any time on or after the date such pricing totals and other charges become due, appropriate uniform commercial code financing statements in such jurisdictions and offices as PSA deems necessary in connection with the perfection of a security interest in the Property. If you do not pay all obligations due under these Terms, PSA will execute its security interest in your submitted item(s) by selling or otherwise disposing of such item(s) and applying any proceeds to the delinquent balance.

D. Related Services

18. Autograph Authentication. An autographed item submitted under the PSA item grading and autograph authentication dual service must pass both autograph authentication and item authentication and grading in order to be encapsulated. For example, an item that is deemed a counterfeit or unlicensed reprint will not be encapsulated even though the autograph may be genuine. In addition, if the item is deemed original and unaltered yet the autograph does not pass inspection, then the item may not be encapsulated. There may be very rare exceptions to the rule on a case-by-case basis (in cases where the autograph and item are deemed authentic but the item has been altered in some fashion). In a rare case where an authentic item has been altered, PSA may choose to label the item “Authentic Altered” since the item cannot have a grade assigned. The final determination as to whether an item is encapsulated under these conditions is at PSA's sole discretion.

19. PSA Vault Services. If you elect at any time to have your item transferred to the PSA Vault, you acknowledge and agree that the PSA Vault Services are subject to the PSA Vault Services Terms of Service.

20. PSA Memberships. PSA may offer one or more membership program(s) subject to additional terms. (E.g., PSA Collectors Club is offered subject to the PSA Collectors Club Membership Terms and Conditions). PSA may amend or cancel any special offers, discounts, and/or benefits (“Membership Benefits”) relating to the PSA Grading Services available to membership subscribers, or make Membership Benefits available to non-members, at any time, without prior notice to you. If you violate the terms of a PSA membership program, PSA may withdraw Membership Benefits applicable to your submission and, at its discretion, return your submission without cancellation of grading fees due.

E. Legal

21. DISCLAIMER OF WARRANTIES. WITHOUT LIMITING THE TERMS OF THE USER AGREEMENT, WITH RESPECT TO ALL OF THE PSA GRADING SERVICES, THE REMEDIES SET FORTH IN THESE PSA TERMS ARE IN LIEU OF ALL WARRANTIES, EXPRESS OR IMPLIED. ANY AND ALL IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY AND IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, HEREBY ARE DISCLAIMED AND EXCLUDED. Personnel and employees of PSA are not authorized to make any statement, representations, or warranties contrary to these PSA Terms and any additional statement, including without limitation, statements made by any PSA personnel or employees or those made in any advertising or presentation materials (oral or written) do no constitute representations and warranties by PSA and should not be relied upon as such.

22. Limitation of Liability. PSA shall have no liability whatsoever to you, or any third party for whom you may be acting, (a) for any personal injury or (b) any damage to any item, or otherwise, resulting from the breaking open of a PSA holder, or for any damage to any item that occurred while the item was not in the custody or control of PSA, including, but not limited to, loss or damage to items while being shipped to PSA, or while being shipped by PSA to you under your own personal shipping courier account and insurance.

Notwithstanding anything to the contrary contained herein, except as otherwise set forth herein if PSA determines that your item was lost or damaged while in PSA's possession, WITHOUT LIMITING THE TERMS OF THE USER AGREEMENT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE MAXIMUM AGGREGATE LIABILITY THAT PSA SHALL HAVE TO YOU, OR ANY THIRD PARTY FOR WHOM YOU MAY BE ACTING, ARISING FROM ANY CAUSE, ACT, OMISSION OR OTHER CIRCUMSTANCE, WHETHER CAUSED BY THE ACTIVE OR PASSIVE NEGLIGENCE OF PSA OR OTHERWISE, SHALL IN NO EVENT EXCEED THE FEES AND CHARGES OR LESS ACTUALLY PAID BY YOU FOR THE APPLICABLE PSA GRADING SERVICES RENDERED BY PSA WITH RESPECT TO THE ITEMS SUBMITTED FOR PSA GRADING SERVICES HEREUNDER. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, IN NO EVENT SHALL PSA OR ANY OF ITS AFFILIATES, OR ANY OF ITS OR THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS OR AGENTS, BE LIABLE TO YOU OR ANY OTHER PARTY, UNDER ANY CIRCUMSTANCES OR LEGAL OR EQUITABLE THEORY, FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA, LOSS OF MONEY, GOODWILL OR REPUTATION, COSTS OF DELAY OR LOST PROFITS, BUSINESS INTERRUPTION DAMAGE, OTHER INTANGIBLE LOSSES OR ANY INTRINSIC OR SENTIMENTAL VALUE OF AN ITEM, INCLUDING

WITHOUT LIMITATION, PERSONAL INJURY, BODILY INJURY, PROPERTY DAMAGE, EMOTIONAL DISTRESS, DEATH, REAL OR PROPERTY DAMAGE), EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

23. Data and Image Usage. In the ordinary course of its operations, PSA (a) compiles data regarding each item submitted for authentication and/or grading, including, but not limited to, data relating to the identity, production, condition and grade of the item (the "Data"); (b) may take, have taken, or otherwise collect one or more digital or other types of photographs, images, videos or reproductions of each such item (collectively, the "Images"); and/or (c) may provide you access to notes that describe the grade or condition of such item(s), which may include, without limitation, text and modified versions of the Images (collectively, the "Grader Notes" and together with the Data and Images, the "Grading Content"). In consideration for the PSA Grading Services being provided by PSA, you, on your own behalf and that of any third party for whom you may be acting, hereby authorize PSA (a) to compile and maintain such Data with respect to each item submitted hereunder for authentication and/or grading; and (b) to take, cause to be taken, or otherwise collect one or more Images of each such item. You furthermore agree that PSA will be the exclusive owner of all Grading Content and that PSA may use and exploit such Grading Content for commercial and any other purposes, as PSA in its sole discretion deems appropriate, including, but not limited to, the publication and republication or reproduction in or on any media, of such Grading Content. Without limiting the generality of the foregoing, you, on your own behalf and that of any third party for whom you may be acting with respect to these Terms, unconditionally and irrevocably transfer, convey and assign to PSA any and all current and any hereafter acquired rights, title and interests (including, without limitation, rights in copyright, patent, trade secret and trademark) that you or any such third party may have in or to the Grading Content (on whatever media or in whatever form such Images may be reproduced or published). Notwithstanding the foregoing, PSA grants Customer a limited, revocable license to use the Grader Notes for personal use, and to display, publish, or restate the Grader Notes (including an image thereof) for an item alongside a statement of the grade or image of the PSA certification label for that item, so long as Customer (a) represents the content of the Grader Notes in a complete and accurate manner and (b) clearly identifies the specific item to which such Grader Notes apply. Otherwise, Customer may not, whether or not through a third party, directly or indirectly publish, publicly display, recreate, sublicense, or create derivative works from any of the Grader Notes in any manner whatsoever without the prior written consent of PSA.

24. Indemnification. Without limiting the terms of the User Agreement, you agree to indemnify and reimburse us and any third-party service provider engaged by us

for all claims, costs, losses, damages, fees, fines, penalties and other liabilities and expenses incurred by us or brought against us by any third party arising out of or relating to (a) your breach of these PSA Terms or the User Agreement, including, without limitation, any violation of any PSA policies applicable to the PSA Grading Services; (b) your violation of any law or regulation or the rights of any third party; (c) your access to or use any PSA Grading Services; and (d) your negligence, willful misconduct, or fraud.

25. Governing Law and Dispute Resolution. Notwithstanding anything to the contrary in the User Agreement, you acknowledge and agree that the PSA Grading Services are delivered and these PSA Terms are accepted in the State of California and it is the intention of the parties that it be governed by and construed in accordance with the substantive laws of that State, without regard to conflicts of laws principles. THE DISPUTE RESOLUTION AND ARBITRATION SET FORTH IN THE USER AGREEMENT SETS FORTH THE TERMS AND CONDITIONS OF THE DISPUTE RESOLUTION PROCESS AND ARBITRATION AGREEMENT FOR ANY AND ALL DISPUTES, CLAIMS, AND/OR CAUSES OF ACTION ARISING OUT OF RELATING IN ANY WAY TO THESE PSA TERMS AND THE PSA GRADING SERVICES.

26. Force Majeure. PSA shall not be considered liable or responsible to you or deemed to have defaulted or breach these PSA Terms and PSA shall be entitled to an extension of the date of any performance required of PSA under these PSA Terms if the failure of PSA to perform was because of a Force Majeure Event. "Force Majeure Event" shall be an act of God, riot, war, civil unrest, hostile fire, flood, earthquake, interruption of services (including without limitation transportation and utility services) or other cause beyond PSA's reasonable control and anticipation (including without limitation, any mechanical, electronic, or communications failure), or any inability due to the aforementioned causes to obtain necessary labor, materials, facilities or products.

27. Miscellaneous. The terms and provisions in these PSA Terms and the User Agreement (and other terms referenced herein, as applicable), constitute the entire agreement of PSA and you (and any third party for whom you may be acting) regarding the PSA Grading Services identified herein, and supersede all prior agreements and understandings (written or oral) between or among such parties relating thereto (with the exception of the User Agreement which remains applicable and controls). If it is determined that there are any inconsistencies between these PSA Terms and the User Agreement, then the documents will control in this order of precedence: the User Agreement and the PSA Terms. If any term or provision of the PSA Terms is determined, by a final and non-appealable ruling or order of a court of competent jurisdiction, to be invalid or unenforceable under applicable law, such invalidity or unenforceability shall not affect the validity or

enforceability of any of the other terms or provisions of these terms and conditions. Your rights and obligations under these Terms may not be assigned or transferred without the prior written consent of PSA. Each party shall execute and deliver such additional documents and instruments as any other party may request to better evidence or effectuate the agreements contained herein, including the assignment of rights set forth herein, and procedures, and further agree that PSA is entitled to rely upon and benefit from those terms and procedures.

28. Contact Us. If you have any questions about these Terms and Conditions, the User Agreement, or the PSA Grading Services, contact us at https://www.psacard.com/support for written support.

Collectors Universe, Inc. dba PSA

1600 E. St. Andrew Pl. Ste. 150

Santa Ana, CA 92705

© 2024 Collectors Holdings, Inc. All rights reserved
Terms of UseContactPrivacyCookie Preferences